UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 23-5108
(C.A. No. 22-0511)

ANDREW COX,                                                                 Appellant,

   v.

MERRICK B. GARLAND,                                              Appellee.

**APPELLEE'S MOTION TO EXTEND TIME
TO FILE MOTION FOR SUMMARY AFFIRMANCE**

Appellee Merrick B. Garland, Attorney General of the United States, respectfully moves for an extension of time to file his dispositive motion in the above-captioned matter. Pursuant to this Court's May 15, 2023, Scheduling Order, Appellees' dispositive motion is currently due on June 29, 2023. Appellee requests approximately 45-days, up to and including August 14, 2023, to file a dispositive motion. Appellant, Andrew Cox, is incarcerated and unrepresented. Nevertheless, in attempting to comply with the Court's Rule 27(h)(2) requirements, undersigned counsel for Appellee has called the phone numbers listed on the docket next to Appellant and his prison warden's name multiple times without reaching Appellant or the warden. Accordingly, Appellee is unable to notify the Court about Appellant's position on the relief being sought in this motion.

There is good cause to grant this motion. First, as a result of the press of other litigation, including (but not limited to) the need to draft multiple substantive briefs due in active District Court and Circuit Court matters, the current deadline will not permit sufficient time for undersigned counsel to review the record, research and draft (in consultation with Agency counsel) Appellee's Motion for Summary Affirmance, and obtain supervisory review required by Department of Justice regulations. Second, in light of Appellant's currently missing initial submissions (*i.e.*, his entry of appearance and docketing statement), Appellee believes that the extension of time requested herein may afford Appellant a reasonable opportunity to correct these omissions prior to briefing. In particular, Appellant's statement of Issues may impact the arguments or scope of the forthcoming dispositive motion.

At issue in this appeal is the District Court's Memorandum Opinion and Order granting the Appellee's motion to dismiss challenges to the constitutionality of a provision of the Elderly Home Detention program under the Second Chance Act of 2007 the Sex Offender Registration and Notification Act on the grounds that both sections "arbitrarily and irrationally" include child pornography charges. This is Appellee's first request to extend a deadline in this appeal, and this motion is being filed in good faith and not for purposes of gaining any unfair advantage through delay. Granting this motion will neither prejudice Appellant nor unduly delay the Court's resolution of this matter. Moreover, allowing a suitable period for

Appellee's Motion for Summary Affirmance to be prepared will benefit the Court as it determines whether this matter should be resolved at the dispositive motions stage.

WHEREFORE, Appellee respectfully requests that the Court grant this motion and extend until August 14, 2023 the time for filing Appellee's Motion for Summary Affirmance.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

BRIAN P. HUDAK
JANE M. LYONS
Assistant United States Attorney

 /s/ *Fithawi Berhane*
FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-6653/
Fithawi.Berhane@usdoj.gov

## CERTIFICATE OF COMPLIANCE
### (FRAP 27(d)(2)(A))

I hereby certify that the text of the Appellees' Motion to Extend Time to File was prepared using 14-point Times New Roman font, and it contains 435 words, as counted by Microsoft Word 2016.

        /s/ *Fithawi Berhane*
        FITHAWI BERHANE
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of June, 2023, I have caused the foregoing Appellees' Motion To Extend Time To File Motion For Summary Affirmance to be served on Appellant by sending a duplicate by the United States postal service with first class postage pre-paid and addressed as follows:

**ANDREW COX**
Reg #69123-061
FCI Eikton, Unit AA
P.O. BOX 10
Lisbon, OH 44432

        /s/ *Fithawi Berhane*
        FITHAWI BERHANE
        Assistant United States Attorney